Order filed March 9, 2020



In The

# Fourteenth Court of Appeals

NO. 14-18-00462-CR

BRENT JUSTICE, Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1385768**

## ORDER

The clerk's record was filed July 16, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Judgment of Conviction by Court-Waiver of Jury Trial" signed February 15, 2016, including the "Judgment Addendum" entered on May 25, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 19, 2020, containing the Judgment of Conviction by Court- Waiver of Jury Trial" signed February 15, 2016, including the "Judgment Addendum" entered on May 25, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Christopher, Wise and Zimmerer.

| | | |
|---|---|---|
| THE STATE OF TEXAS | } | IN THE 176TH DISTRICT |
| VS. | } | COURT OF |
| BRENT JUSTICE | } | HARRIS COUNTY, TX |

# JUDGMENT ADDENDUM

**12/18/2017**  THE 14TH COURT OF APPEALS FILED A MANDATE REVERSING PUNISHMENT AND REFORMING THE JUDGMENT TO REFLECT A CONVICTION FOR A STATE JAIL FELONY, ORDERED THAT THE DEADLY WEAPON FINDING BE DELETED AND REMANDED THE CASE FOR A NEW PUNISHMENT HEARING.

**05/25/2018**  COURT CAME ON FOR A PUNISHMENT HEARING. THE COURT SENTENCED THE DEFENDANT TO 20 YEARS TDCJID.

THE SENTENCE IMPOSED DATE ON THE JUDGMENT IS AMENDED TO REFLECT **05/25/2018**.

THE DATE SENTENCE TO COMMENCE ON THE JUDGMENT IS AMENDED TO REFLECT **05/25/2018**.

JAIL CREDIT IS AMENDED TO REFLECT:
**05/16/2013 TO 03/04/2016 AND
08/22/2016 TO 05/25/2018.**

NOTICE OF APPEAL FILED ON **05/25/2018.**

Certified Document Number: 80173637 - Page 3 of 3



CASE NO. 138576801010
INCIDENT NO./TRN: 9168800525A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 176TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| JUSTICE, BRENT | § | HARRIS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX02624912 | § | |

## JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| Judge Presiding: | HON. JAY W. BURNETT | Date Judgment Entered: | 02/15/2016 |
|---|---|---|---|
| Attorney for State: | JESSICA MILLIGAN | Attorney for Defendant: | PRO SE |

Offense for which Defendant Convicted:
**CRUELTY TO NON-LIVESTOCK ANIMALS**

| Charging Instrument: | Statute for Offense: |
|---|---|
| **INDICTMENT** | **N/A** |

Date of Offense:
**08/01/2011**

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| **3RD DEGREE FELONY** | **NOT GUILTY** | **YES, NOT A FIREARM** |

Terms of Plea Bargain:
**WITHOUT AN AGREED RECOMMENDATION**

| Plea to 1st Enhancement Paragraph: | **NOT TRUE** | Plea to 2nd Enhancement/Habitual Paragraph: | **NOT TRUE** |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **TRUE** |

| Date Sentence Imposed: | 02/15/2016 | Date Sentence to Commence: | 02/15/2016 |
|---|---|---|---|

| Punishment and Place of Confinement: | **50 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

**THIS SENTENCE SHALL RUN CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $ As Assessed | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

. If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| | | | | | |
|---|---|---|---|---|---|
| Time Credited: | From 05/16/2013 to 02/15/2016 | | From | to | |
| | | | From | to | |
| | From to | | From | to | |
| | From to | | | | |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS      NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Harris County, Texas. The State appeared by her District Attorney.
Counsel / Waiver of Counsel (select one)

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

IMAGED

Certified Document Number: 80173637 - Page 1 of 3

2-22-16

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ** . The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the **Harris County District Clerk's office**. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Harris County, Texas on the date the sentence is to commence. Defendant shall be confined in the Harris County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Harris County District Clerk's office. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Harris County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated. The Court further ORDERS that if the defendant is convicted of two or more offenses in a single criminal action, that each cost or fee amount must be assessed using the highest category of offense. Tex. Code Crim. P. art. 102.073.

### Furthermore, the following special findings or orders apply:

APPEAL WAIVED. NO PERMISSION TO APPEAL GRANTED.
DEADLY WEAPON.
THE COURT FINDS DEFENDANT USED OR EXHIBITED A DEADLY WEAPON, NAMELY, A KNIFE, DURING THE COMMISSION OF A FELONY OFFENSE OR DURING IMMEDIATE FLIGHT THEREFROM OR WAS A PARTY TO THE OFFENSE AND KNEW THAT A DEADLY WEAPON WOULD BE USED OR EXHIBITED. TEX. CODE CRIM. PROC. ART. 42.12 §3G.

Signed and entered on 02/15/2016

**JAY W. BURNETT**
JUDGE PRESIDING

Notice of Appeal Filed: 2 - 15 - 16

Mandate Received: 6 · 10 · 16   Type of Mandate: Dismissal reversal & remanded
12.18.17
After Mandate Received, Sentence to Begin Date is: 2 · 15 · 16 as to punishment only.

Jail Credit: To remain the same
"On this 12.18.17 judgment reversed and remanded as to punishment only.

Def. Received on at ☐ AM ☐ PM On this date, 5/25/2018 defendant was sentenced to 70 yr TDC. See Judgment

By:, Deputy Sheriff of Harris County Addendum attached.

Right Thumbprint

Clerk: J BOBB
Case Number: 138576801010
Defendant JUSTICE, BRENT

FIN (CAS 20.10):      EN/KR04:      LCBT:      LCBU:      EN/KR18:

Certified Document Number: 80173637 – Page 2 of 3